## SLOSS-SHEFFIELD STEEL & IRON CO. v. WESTBROOK.

(Decided November 20, 1916.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

BANKHEAD & BANKHEAD, for appellant. LEITH & GUNN, for appellee.

Per curiam. Appeal dismissed by appellant.

---

## SMITH v. THE STATE.

(Decided January 9, 1917.)

APPEAL from Autauga Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed for failure to file transcript.

---

## STANLEY v. KEITT.

(Decided November 22, 1916.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for either party.

Per curiam. Appeal dismissed for want of prosecution.

---

## STEPHENSON v. GAYLE.

(Decided November 28, 1916.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

No counsel marked for appellant. ROBERT J. WHEELER, for appellee.

Per curiam. Appeal dismissed for want of prosecution.